FILED
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>PAUL VILLANUEVA ADA,<br>a/k/a "PAUL MADUK,"<br>NORBERT BENAVENTE CAMACHO,<br>    and<br>KELVIN MATAGOLAI CEPEDA<br><br>                Defendants. | Case No.: CR 07- 00005<br><br>**INDICTMENT**<br><br>Violations of 21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C), and 846<br><br>Conspiracy to Distribute a Controlled<br>Substance (Count 1) and<br>Distribution of a Controlled Substance<br>(Count 2) |

The Grand Jury Charges that:

## COUNT 1
### (Conspiracy to Distribute a Controlled Substance)

Beginning in or about early March 2007 and continuing until at least on or about March 21, 2007, within the District of the Northern Mariana Islands, Defendants PAUL VILLANUEVA ADA, a/k/a "PAUL MADUK," NORBERT BENAVENTE CAMACHO and KELVIN MATAGOLAI CEPEDA knowingly and unlawfully combined, conspired, and confederated with others, known and unknown to the grand jury, to distribute a quantity of methamphetamine hydrochloride, in the form commonly known as "ice," a Schedule II Controlled Substance in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), a violation of 21 U.S.C. § 846.

**COUNT 2**
(Distribution of a Controlled Substance)

On or about March 21, 2007, within the District of the Northern Mariana Islands,

Defendants PAUL VILLANUEVA ADA, a/k/a "PAUL MADUK," NORBERT BENAVENTE

CAMACHO and KELVIN MATAGOLAI CEPEDA knowingly and intentionally distributed a

controlled substance, that is, a quantity of methamphetamine hydrochloride, in a form commonly

known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C).

DATED this 3rd day of May, 2007.                A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
District of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney