AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __the Northern Mariana Islands__

FILED
Clerk
District Court

MAY - 8 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

V.

PAUL VILLANUEVA ADA,
a/k/a, "PAUL MADUK,"
NORBERT BENAVENTE CAMACHO,
and KELVIN MATAGOLAI CEPEDA,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 07 - 00005

ORIGINAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KELVIN MATAGOLAI CEPEDA__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy to Distribute a Controlled Substance (Count 1); and
Distribution of a Controlled Substance (Count 2)**

RECEIVED
MAY 04 2007
US MARSHALS SERVICE-CNMI

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and (b)(1)(C)__

and in violation of Title __21__ United States Code, Section (s) __846__

__HONORABLE ALEX R. MUNSON__
Name of Issuing Officer

__CHIEF JUDGE, DISTRICT COURT OF THE NMI__
Title of Issuing Officer

__[signature]__
Signature of Issuing officer

__5-4-07__                    SAIPAN, CNMI
Date and Location

Bail fixed at $ __NO BAIL__   by  __[signature]__
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at __GARAPAN Fire Station__ |

| DATE RECEIVED 04 MAY 07 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert CDUSM #30ec | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 05 MAY 07 | | |