MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-07-00005-003                                          May 9, 2007
                                                         9:40 a.m.

**UNITED STATES OF AMERICA  -V- KELVIN M. CEPEDA**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           KELVIN M. CEPEDA, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

    Defendant appeared without counsel.  Government was represented by Craig Moore, AUSA.

    Government moved to unseal this case.  Court so ordered.

    Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

    Defendant was advised that if he did qualify for a Court Appointed counsel that one would be appointed for him.  Defendant stated he wanted to retain his own counsel.

    Court set the arraignment hearing for 8:00 a.m. tomorrow morning.

    Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                        Adjourned at 9:45 a.m.


                                        /s/K. Lynn Lemieux, Courtroom Deputy