**David G. Banes**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP  96950**
**Tel. No.: 234-5684/85**
**Fax  No.: 234-5683**

**Attorneys for Defendant Kelvin Matagolai Cepeda**

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Criminal Case No. 07-00005 |
| )  | |
| Plaintiff,            ) | |
| v.            ) | |
| )  | MOTION TO APPOINT |
| PAUL VILLANUEVA ADA,            ) | INVESTIGATOR |
| NORBERTO BENAVENTE CAMACHO ) | |
| and            ) | |
| KELVIN MATAGOLAI CEPEDA            ) | |
| )  | |
| Defendants.            ) | |
| _____) | |

　　　　Defendant KELVIN MATAGOLAI CEPEDA, by and through Counsel David G. Banes, hereby respectfully moves this Court to allow him to hire an investigator. This request is supported with the following:

　　　　On May 10, 2007, this Court appointed Mr. Banes as Counsel for the Defendant, Mr. Cepeda. *See* "Appointment of Counsel" dated May 10, 2007. The arraignment in this case was heard before this Court at 9:30 a.m., on May 11, 2007. In that hearing, this Court ordered and set a Jury Trial to take place on July 9th, 2007 at 9:00 a.m., only two months away from the date of this appointment. Defendant's counsel avers and justifies to this Court that the need for investigative services is necessary because of the limited time and the Defendant has two Co-Defendants for this matter.

1

In order for Counsel to adequately defend Mr. Cepeda in this upcoming Jury Trial, an investigator is needed to assist counsel. However, Mr. Cepeda does not have the necessary funds to hire and expert investigator. Mr. Cepeda should be able to go into trial with a proper defense without regard to his financial situation.

For the foregoing reasons, Mr. Cepeda respectfully requests that this Court grant his motion and allow him to hire an investigator of his choice.

Respectfully submitted this _____ day of May, 2007.

                          O'CONNOR BERMAN DOTTS & BANES
                          Attorneys for Kelvin Matagolai Cepeda

                          By: /s/_____
                                   DAVID G. BANES, ESQ.

2019-259-070515-PL-MotionAppointInvestigator-epv