F I L E D
Clerk
District Court

MAY 1 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff  )<br>  )<br>v.  )<br>  )<br>  )<br>PAUL VILLANUEVA ADA,  )<br>NORBERT BENAVENTE  )<br>CAMACHO, and KELVIN MATA-  )<br>GOLAI CEPEDA,  )<br>  )<br>Defendants  )<br>_____ ) | Criminal No. 07-00005<br><br><br><br><br>ORDER GRANTING<br>DEFENDANT CEPEDA'S<br>MOTION TO APPOINT<br>INVESTIGATOR |

Defendant Cepeda's motion to hire an investigator is granted.  **Defendant shall seek written authorization from the court before incurring expenses**

AO 72
(Rev. 08/82)

**greater than $1,000.00.**

IT IS SO ORDERED.

DATED this 16th day of May, 2007.

_____
ALEX R. MUNSON
Judge