**David G. Banes**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP  96950**
**Tel. No.: 234-5684/85**
**Fax  No.: 234-5683**

**Attorneys for Defendant Kelvin Matagolai Cepeda**

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 07-00005 |
|                                                              ) | |
|           Plaintiff,                                    ) | |
|    v.                                                     ) | |
|                                                              ) | STIPULATION and |
| PAUL VILLANUEVA ADA,                ) | PROPOSED ORDER |
| NORBERTO BENAVENTE CAMACHO ) | |
| and                                                        ) | Judge: Munson, Chief Judge |
| KELVIN MATAGOLAI CEPEDA     ) | Date  : N/A |
|                                                              ) | Time  : N/A |
|           Defendants.                                ) | |
| _____ ) | |

    COMES NOW Plaintiff and Defendant KELVIN MATAGOLAI CEPEDA, by and through counsel, and stipulate and agree as follows:

    The May 25, 2007 deadline for filing pre-trial motions is continued until June 8, 2007.

    SO STIPULATED.

| | |
|---|---|
| US Attorney's Office | O'Connor Berman Dotts & Banes |
| Attorney for Plaintiff | Attorneys for Defendant Kelvin M. Cepeda |
| _____ | _____ |
|     Craig Moore, Esq. | David G. Banes, Esq. |

Defendant's request to continue the deadline for filing pretrial motions until June 8, 2007 is granted / denied.

SO ORDERED. _____.

_____
ALEX R. MUNSON
Chief Judge

2019-259-070525-PL-StipPropOrder-epv