David G. Banes
O'Connor Berman Dotts & Banes
Second Floor, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel. No.: 234-5684/85
Fax No.: 234-5683

Attorneys for Defendant Kelvin Matagolai Cepeda

F I L E D
Clerk
District Court

MAY 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PAUL VILLANUEVA ADA, ) <br> NORBERTO BENAVENTE CAMACHO ) <br> and ) <br> KELVIN MATAGOLAI CEPEDA ) <br> ) <br> Defendants. ) <br> _____ ) | Criminal Case No. 07-00005 <br><br> STIPULATION and <br> ~~PROPOSED~~ ORDER <br><br> Judge: Munson, Chief Judge <br> Date : N/A <br> Time : N/A |

COMES NOW Plaintiff and Defendant KELVIN MATAGOLAI CEPEDA, by and through counsel, and stipulate and agree as follows:

The May 25, 2007 deadline for filing pre-trial motions is continued until June 8, 2007.

SO STIPULATED.

_____          _____
US Attorney's Office                O'Connor Berman Dotts & Banes
Attorney for Plaintiff              Attorneys for Defendant Kelvin M. Cepeda
Craig Moore, Esq.                   David G. Banes, Esq.

1

Defendant's request to continue the deadline for filing pretrial motions until June 8, 2007 is (granted) / denied.

SO ORDERED. MAY 29, 2007

_____
ALEX R. MUNSON
Chief Judge

2019-259-070525-PL-StipPropOrder-epv

**RECEIVED**

MAY 29 2007

Clerk
District Court
The Northern Mariana Islands

2