LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
District of the Northern
    Mariana Islands
Horiguchi Bldg.; Ste. 300
P.O. Box 500377
Saipan, MP  96950

Tel: (670) 236-2980
Fax: (670) 236-2985

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>KELVIN MATAGOLAI CEPEDA<br><br>              Defendant. | Case No.: No. 07-00005-03<br><br>**MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT KELVIN MATAGOLAI CEPEDA** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States moves to dismiss the Indictment against Defendant, KELVIN MATAGOLAI CEPEDA, in the above-captioned case.

                                       LEONARDO M. RAPADAS
                                       United States Attorney
                                       Districts of Guam and CNMI

                                       CRAIG N. MOORE
                                       Assistant United States Attorney