```
1
2                  UNITED STATES DISTRICT COURT
          DISTRICT OF THE NORTHERN MARIANA ISLANDS
3
4
5
```

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELVIN MATAGOLAI CEPEDA<br><br>Defendant. | Case No.: No. 07-00005-03<br><br>**ORDER DISMISSING INDICTMENT AGAINST DEFENDANT KELVIN MATAGOLAI CEPEDA** |

FILED
Clerk
District Court
JUN 28 2007
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Upon consideration of the government's motion to dismiss the Indictment against the above-captioned Defendant, it is hereby

ORDERED that the government's motion should be and hereby is granted and it is further

ORDERED that the Indictment against the above-captioned Defendant should be and hereby is DISMISSED.

_6-28-07_
Date

_/s/ Alex R. Munson_
ALEX R. MUNSON
United States District Court Judge

RECEIVED
JUN 27 2007
Clerk
District Court
The Northern Mariana Islands