```
                                          F I L E D
                                             Clerk
                                         District Court

                                          JUN 28 2007

                                    For The Northern Mariana Islands
                                    By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal No. 07-00005-003 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER TO EXONERATE BOND |
| KELVIN MATAGOLAI CEPEDA, | ) | |
| Defendant | ) | |

IT IS ORDERED that the $500.00 bond posted by defendant be exonerated.

DATED this 28th day of June, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)