F I L E D
Clerk
District Court

JUN 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# DISTRICT COURT OF THE NORTHERN MARIANA ISLANDS

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>KELVIN M. CEPEDA,<br>　　　　Defendant. | CRIMINAL CASE NO. 07-00005-003<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Melinda N. Brunson, in the above-captioned case and requests for the release of the passport held by the Court, U.S. Passport Number 120829475, as the Indictment against him in the above-captioned cased was dismissed on this day.

Dated this _28th_ day of June 2007.

_____
MELINDA N. BRUNSON
U.S. Probation Officer

## ORDER

On the application of U.S. Probation Officer Melinda N. Brunson, the Clerk of Court is hereby ordered to release the passport belonging to the offender.

Dated this _29TH_ day of June 2007.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands